# EXHIBIT B

# INCIDENT REPORT

| AGENCY | ORI #: TX0610600 | INCIDENT #: 16-12419 | REPORT DATE 10/30/2016 1:40:00 PM |
|---|---|---|---|

**LOCATION**

| DATE(S) OF INCIDENT: | TIME(S) OF INCIDENT: | REPORT TYPE: | INCIDENT STATUS: | EXCEPTIONAL CLEARANCE DATE | EXCEPTIONAL CLEARANCE |
|---|---|---|---|---|---|
| Start 10-02-2016 14 | Start 10-02-2016 | ☐ INITIAL REPORT ☐ SUPPLEMENT | ☐ UNFOUNDED ☐ CLEARED BY ARREST ☐ CLEARED EXCEPTIONAL ☐ PENDING ✓ INACTIVE | | N NOT |
| End 10-02-2016 | End 10-02-2016 | | | | |

| LOCATION OF INCIDENT 1945 LAKEPOINTE DR 100 | COUNTY CODE 0001 | WEATHER: | LIGHTING: |
|---|---|---|---|

| | Statute UCR CODE | Statute DESCRIPTION / UCR CODE DESCRIPTION | CJIS | STATUS COMPLETED | STATUS ATTEMPTED | OFFENDER |
|---|---|---|---|---|---|---|
| 1 | 42.07(c) 90Z | HARASSMENT 90Z ALL OTHER OFFENSES | 13160012 | ☑ | ☐ | |
| 2 | | | | ☐ | ☐ | |
| 3 | | | | ☐ | ☐ | |

**OFFENSE**

BIAS MOTIVATION (OFFENSE 1 - 3)

1 _____
2 _____
3 _____

LOCATION OF OFFENSE (OFFENSE 1 - 3)

1 _____
2 _____
3 _____

TYPE CRIMINAL ACTIVITY:

1 _____
2 _____
3 _____

TYPE WEAPON/FORCE INVOLVED

1 _____ ☐ AUTOMATIC
2 _____ ☐ AUTOMATIC
3 _____ ☐ AUTOMATIC

| (For Burglary Only) NUMBER OF PREMISES ENTERED | METHOD OF ENTRY: F ☐ FORCIBLE N ☑ NO FORCE | OFFENDER(S) USED: A ☐ ALCOHOL C ☑ COMPUTER EQUIP | D ☐ DRUGS | ☐ CARGO THEFT |
|---|---|---|---|---|

| VICTIM NAME | | PHONE: |
|---|---|---|

ADDRESS (Street, City, State, Zip)

**VICTIM**

| TYPE OF VICTIM | RACE: WHITE | SEX: FEMALE | RESIDENT STATUS: | ETHNICITY: U | AGE: 47 |
|---|---|---|---|---|---|
| | | | | | DOB: |
| | | | | | CONNECTED TO OFFENSE: 90Z |

| AGGRAVATED ASSAULT CIRCUMSTANCES | JUSTIFIABLE HOMICIDE CIRCUMSTANCE | INJURY TYPE |
|---|---|---|
| 1 _____ 2 _____ | | B ☐ BROKEN BONES  N ☐ NONE<br>I ☐ POSS. INT INJURIES  M ☐ MINOR INJURY<br>L ☐ SEVERE LACERATION  O ☐ MAJOR INJURY<br>U ☐ UNCONSCIOUSNESS  T ☐ LOSS OF TEETH |

RELATIONSHIP OF VICTIM TO OFFENDER 1 - 10

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 |

**ADMIN**

| ONLINE, REPORT | OLRP | 10-30-2016 | |
|---|---|---|---|

| REPORTING OFFICER | ID | DATE | REPORTING OFFICER SIGNATURE |
|---|---|---|---|

| APPROVING SUPERVISOR Dority, Shawn | ID 671 | DATE | APPROVING SUPERVISION SIGNATURE |
|---|---|---|---|

| INVESTIGATOR | ID | ASSISTING OFFICER | ID | ASSISTING OFFICER | ID |
|---|---|---|---|---|---|

# INCIDENT REPORT
## NARRATIVE

| AGENCY | ORI #: TX0610600 | INCIDENT #: 16-12419 | | REPORT DATE 10/30/2016 1:40:00 PM |
|---|---|---|---|---|
| PUBLIC INFORMATION | | | | |

**VICTIM IS RECEIVING UNWANTED EMAILS**

# INCIDENT REPORT
## NARRATIVE

| AGENCY | ORI #:<br>TX0610600 | INCIDENT #:<br>16-12419 | | REPORT DATE<br>10/30/2016  1:40:00 PM |
|---|---|---|---|---|
| W016812-103016 | | | | |

I have been receiving harassing emails to my office regarding my personal appearance, car ect. Anyone of my staff who is seen with me or rides in my car receives a negative email about me as well. Even a lady coming to transfer into my department received an email. There have been 7 emails in less than a month. They all come on Sunday.

3

# INCIDENT REPORT
## NARRATIVE

| AGENCY | ORI #:<br>TX0610600 | INCIDENT #:<br>16-12419 | | REPORT DATE<br>10/30/2016 1:40:00 PM |
|---|---|---|---|---|

16-12419 - Dority 671

----------------------------------
02 November 2016
----------------------------------

(09:39)

I called(_____) and spoke to her on the phone about this incident. (____) explained to me that she is a Director of Administration at Teledoc, a medical company. She has been the director for about 8 years now and she has the ability to both hire and fire people from the company. When I asked if(____) had any suspicion of who is sending these emails, she immediately gave me a name:

Charece Griffin

(____) explained that Charece used to work for her, but she was transferred from(____) department to another department. After the transfer, the emails started up. (____) stated that Charece has had several incidents involving HR, but is still currently working for the company. (____) went on to give reasons why she believes it's Charece. (____) took two of her co-workers to lunch one day. When they returned from lunch, she saw Charece standing outside in the parking lot. Charece saw(____) get out of her car and saw the two co-workers that she was with. After this incident, (____) received an email from the suspect, citing this incident and detailing who(____) was going to lunch with. Additionally, the two co-workers received emails from the suspect as well.

(____) stated that she attempted to attach the emails when filing the online report. I looked in Laserfiche but couldn't find any attachments. I asked(____) to forward the emails to me, which she did.

(____) added that since Charece has been transfered, she has become very angry. (____) alluded to an incident that(____) has had with HR, but she stated that she couldn't disclose the details of the incident to me. (____) added that Charece has been emailing other people in(____) department, saying they should be looking for a new job.

(____) stated that she would email me Charece's phone number so that I could contact her

(10:05)

Below I will detail the emails that have been sent:

From: Arnold Benedict [mailto:arnold.benedict@dr.com]
Sent: Sunday, October 02, 2016 2:49 PM
To: _____
Subject: Teledoc Website Question

just a heads up ladies that you shouldn't be fooled just because the boss takes you out to lunch and lets you ride in her fancy car, she doesn't have any friends and shell turn on you in a heart beat if she thought it would help her, she only does favors for people or makes them feel like their part of

# INCIDENT REPORT
## NARRATIVE

| AGENCY | ORI #:<br>TX0610600 | INCIDENT #:<br>16-12419 | | REPORT DATE<br>10/30/2016 1:40:00 PM |
|---|---|---|---|---|

16-12419 - Dority 671

her inner circle when she needs something from them, what happened to all the other good people that used to work for her, ask yourself what happened to them, just know that everything a game with her and you best know the rules cause shes trying to play you just like she does everyone else

------------------------------------------------------------------------

From: Bernie Clinton [mailto:bernie.clinton@mail.com]
Sent: Sunday, October 16, 2016 5:39 PM
To:                           @teladoc.com>
Subject: Teledoc recruiting candidate

Trust that little voice in the back of your head.
You probably feel it a little in your stomach too.
Wondering if the job took was a good decision because the person thats gonna be your boss just seems distant. Weird.
You cant put your finger on it but something feels funny.
Do people like her. Does she have a good reputation. Not really.
What about the people that work for her. Happy. Motivated. Doesnt seem like it.
What about the people that used to work for her.
What do they say. Or what do they not say.
Maybe your experience will be different. Chances not good.

Keep your resume sharp. You have good contacts.

------------------------------------------------------------------------

From: Arnold Benedict <arnold.benedict@dr.com>
To:                           @teladoc.com>
Cc:
Date: Sun, 2 Oct 2016 19:56:58 +0000
Subject: telehealth on teledoc
you might wanna see if your doc will adjust your meds, they making you look tired and that busted pair green jeans aint working either, plus you need to get them extensions tightened up in the back you can totally tell whats real and whats fake

------------------------------------------------------------------------

(10:07)

It should be noted that these emails came from two seperate email accounts:

5

# INCIDENT REPORT
## NARRATIVE

| AGENCY | ORI #:<br>TX0610600 | INCIDENT #:<br>16-12419 | | REPORT DATE<br>10/30/2016 1:40:00 PM |
|---|---|---|---|---|

16-12419 - Dority 671

arnold.benedict@dr.com
bernie.clinton@mail.com

Mail.com is an actual email server client. that is owned by the German company United Internet. They offer 200 domain names that the user can select to have their mail come from. "Dr.com" is specifically one of those names. Due to the fact that the email server is in Germany, which American laws do not apply and are not granted, coupled with the fact that this offense is a class B misdemeanor and therefore a Grand Jury subpoena cannot be obtined, it is impossible to track the orgin of these emails through those means.

(14:37)

emailed me back with the following information:

Charece Griffin
469-261-6418

I attempeted to contact Charece but there was no answer. I left a message on a named voicemail for her to call me back.

(14:49)

Charece called me back and I was able to speak to her. She was very well spoken on the phone, which is different from the slang that was used in the emails that were sent. Her way of talking was very different from that in the emails.

Charece told me that she does work for Teledoc and that she is currently a product manager there. She has been working there for about 2 years. I mentioned that I am investigating on offense involving emails that have recently been sent to _____ Charece admitted that she knew ____ but didn't know anything about the emails that I was referring to. Charece stated that ____ was her boss that she worked under before she was transfered. ____ stated that the transfer was actually a pay increase, and not a demotion. Charece stated that she never really had any problems with ____ except on one occassion. She stated that ____ had given her an unrealistic deadline for a project that ____ wanted completed that day. Charece went to HR to complain about the deadline. HR asked for an email to be sent explaining why this deadline was unrealistic, which Charece did. Neither ____ nor Charece received any disciniplary action because of this complaint.

Charece did explain that there are rumors around the business that ____ is "abrasive" and that she is known by everyone to be this way. She also heard rumors about ____ staff being treated poorly by ! ____ When I brought up the emails again ____ stated that she had no knowledge of them. She stated that she hadn't sent an email to ____ since June/July of this year, before she was transfered. Since that time, she has had no communication with ____ at all.

6

# INCIDENT REPORT
## NARRATIVE

| AGENCY | ORI #:<br>TX0610600 | INCIDENT #:<br>16-12419 | | REPORT DATE<br>10/30/2016 1:40:00 PM |
|---|---|---|---|---|

16-12419 - Dority 671

I told Charece that I would be looking into the emails and that there is a digital footprint left behind that could be tracked back to her if she indeed was involved. Charece stated that was no problem. and even offered her computer to me to clear her name. I told her that would not be necessary. I thanked Charece for her time.

------------------------------

07 November 2016
------------------------------
(05:48)

I receieved a call from a lawyer, Andrew Dunlap. He stated that he was calling on behalf of Charece and asked that I call him back at 214-306-3347.

(08:27)

I called Andrew back and spoke with him over the phone. He asked me many questions, including the case number, offense, victim and wanted all the details on the case. He also requested I send him a copy of the case. I explained that a copy of the report could not be requested while it is under investigation. Regarding details, I told him that I would not release any details of the case to him while it was under investigation either. Andrew was annoyed by this and told me that I wasn't allowed to speak to his client (Charece) anymore.

------------------------------

08 November 2016
------------------------------
(10:02)

sent me another email, which contained a forwarded email from another employee of hers.
(          also filed an online report with LPD, it is being handled by another
Detective).

Since this email was not sent to          it will not be included in this investigation. It was, however, printed out and turned into Laserfiche for proper documentation.

------------------------------
23 January 2017
------------------------------
(08:17)

Due to the lack of leads on the case I recommend that it be closed.

CASE RECOMMENDATION: CLOSED

# INCIDENT REPORT
## PERSONS INVOLVED

| AGENCY | | ORI#:<br>TX0610600 | INCIDENT#:<br>16-12419 | | REPORT DATE<br>10/30/2016 1:40:00 PM |
|---|---|---|---|---|---|

| INVOLVEMENT:<br>SUSPECT | OFFENSES INVOLVED WITH: |
|---|---|

| NAME:<br>UNKNOWN | | DOB | | AGE |
|---|---|---|---|---|

| ADDRESS: | SOCIAL SECURITY NUMBER |
|---|---|

| CITY: | STATE: | ZIP: | HOME PHONE NUMBER |
|---|---|---|---|

| EMPLOYER: | OCCUPATION: | WORK PHONE NUMBER |
|---|---|---|

| DRIVERS LICENSE NUMBER/STATE/CLASS: | RACE: | SEX: | HEIGHT: | WEIGHT: | ETHNICITY: |
|---|---|---|---|---|---|

| HAIR COLOR: | HAIR LENGTH: | HAIR STYLE: | EYE COLOR: | COMPLEXION: | FACIAL HAIR: | BUILD: | TEETH: | SPEECH/VOICE: |
|---|---|---|---|---|---|---|---|---|

| CLOTHING: | BODY MARKS: | SUSPECT STATUS: | SID: |
|---|---|---|---|

| NCIC# (PCN Missing Person) | ARREST NUMBER:<br>YEAR:          NUMBER: | JACKET NUMBER: | MONIKER: |
|---|---|---|---|

| RESIDENCY: |
|---|

| INVOLVEMENT: | OFFENSES INVOLVED WITH: |
|---|---|

| NAME: | | DOB | | AGE |
|---|---|---|---|---|

| ADDRESS: | SOCIAL SECURITY NUMBER |
|---|---|

| CITY: | STATE: | ZIP: | HOME PHONE NUMBER |
|---|---|---|---|

| EMPLOYER: | OCCUPATION: | WORK PHONE NUMBER |
|---|---|---|

| DRIVERS LICENSE NUMBER/STATE/CLASS: | RACE: | SEX: | HEIGHT: | WEIGHT: | ETHNICITY: |
|---|---|---|---|---|---|

| HAIR COLOR: | HAIR LENGTH: | HAIR STYLE: | EYE COLOR: | COMPLEXION: | FACIAL HAIR: | BUILD: | TEETH: | SPEECH/VOICE: |
|---|---|---|---|---|---|---|---|---|

| CLOTHING: | BODY MARKS: | SUSPECT STATUS: | SID: |
|---|---|---|---|

| NCIC# (PCN Missing Person) | ARREST NUMBER:<br>YEAR:          NUMBER: | JACKET NUMBER: | MONIKER: |
|---|---|---|---|

| RESIDENCY: |
|---|

8