UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANTELLE KREUTTER,

                Plaintiff,

-against-

TELADOC HEALTH, INC., et al.,

                Defendants.

19-CV-5875 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

For the reasons stated on the record at today's pre-motion conference, it is hereby ORDERED that:

1. Defendants' motion to dismiss for lack of standing is due no later than **December 13, 2019.**

2. Plaintiff's opposition papers are due no later than **February 7, 2020**.

3. Defendants' reply papers are due no later than **March 6, 2020**.

All motions papers should conform to the Individual Practices of Judge Moses.

Dated: New York, New York
November 13, 2019

                                          **SO ORDERED.**

                                          _____
                                          **BARBARA MOSES
                                          United States Magistrate Judge**