UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CHANTELLE KREUTER,

     Plaintiff,

  -against-

TELADOC HEALTH, INC., et al.,

     Defendants.

19-CV-5875 (GHW) (BCM)

**ORDER SCHEDULING ORAL
ARGUMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    It is hereby ORDERED that the Court will hear oral argument via teleconference on defendants' motion to dismiss (Dkt. No. 39) on **May 15, 2020, at 10:30 a.m.** At that time, counsel are directed to call (888) 557-8511 and enter the access code 7746387. An audio recording of the teleconference will be made, from which a transcript may be prepared. If the parties wish to have a live court reporter on the teleconference, they may so request, in writing, no later than May 1, 2020. The Court cannot guarantee, however, that a reporter will be available.

    It is further ORDERED that the parties shall file a single joint letter, no more than six pages in length (three pages per side), no later than May 8, 2020, in which they identify any pertinent and significant authorities published after that side's last brief was filed, succinctly describe the relevance of each such authority to the pending motion to dismiss, and avoid duplicating points made, with respect to the same cases, in the joint letter due on the same date in *Reiner v. Teladoc Health, Inc.*, No. 18-CV-11603. The Court notes that defendants' post-reply letter-brief dated April 14, 2020 (Dkt. No. 50), which was filed without first seeking or obtaining permission, goes well beyond what was required to alert the Court to the two newly-published decisions discussed therein. Consequently, **the parties' single joint letter is the only post-reply letter-brief that the Court will read.**

    Dated: New York, New York
       April 21, 2020

               **SO ORDERED**.

               _____

               **BARBARA MOSES**
               **United States Magistrate Judge**