USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANTELLE KREUTTER,

        Plaintiff,

-against-

TELADOC HEALTH, INC., et al.,

        Defendants.

19-CV-5875 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Nonparty Misty Pickett's April 24, 2020 letter-motion (Dkt. No. 54) seeking oral argument on her just-filed motion to intervene in this action, and derivative plaintiff Chantelle Kreutter's April 24, 2020 letter-motion (Dkt. No. 55) seeking an extension of time to respond to Pickett's motion to intervene are GRANTED to the extent that:

1. The Court will hear oral argument on Pickett's motion to intervene (Dkt. No. 53) on **June 1, 2020, at 10:00 a.m.**, by teleconference. The parties are directed to call **(888) 557-8511** a few minutes before the proceeding is scheduled to begin and enter the access code **7746387. Please treat the teleconference as you would treat a public court appearance. If a conference or hearing in another matter is ongoing, please be silent (mute your line) until your case is called.** For other teleconferencing guidelines, counsel should review Judge Moses's Emergency Individual Rules and Practices, available at https://www.nysd.uscourts.gov/hon-barbara-moses.

2. The parties' deadline to respond Pickett's motion to intervene is EXTENDED to **May 21, 2020**. Pickett may file a single reply brief no later than **May 28, 2020**.

3. Oral argument on the pending motion to dismiss Kruetter's derivative complaint (Dkt. No. 39), currently scheduled for May 15, 2020, at 10:30 a.m., is ADJOURNED pending further order of the Court.

4. Nothing in this Order affects the oral argument schedule in *Reiner v. Teladoc Health, Inc.*, No. 18-CV-11603 (GHW) (BCM). The Court will hear oral argument on the pending motion to dismiss Reiner's class action complaint on May 15, 2020, at 10:00 a.m., as previously scheduled

5. The Court notes that Pickett erroneously filed her two most recent letter-briefs (Dkt. Nos. 56 and 60) as motions "for extension of time," although neither requested such relief. The Court further notes that Kreutter erroneously filed her April 24 letter-motion for an extension of time (Dkt. No. 55) simply as a "letter," although it appeared to request (and this Court has now granted, in part) judicial relief in the form of an extension of time to respond to Pickett's motion to intervene. Counsel are advised to consult § 13.1 of the Court's ECF Rules &

Instructions (available online at https://nysd.uscourts.gov/rules/ecf-related-instructions), or contact the Court's ECF Help Desk (*see* ECF Rules & Insts. § 24.2) for assistance with accurate filing.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 54, 56, and 60.

Dated: New York, New York
May 5, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**