

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2021

5040 Shoreham Place
San Diego, CA 92122
619.525.3990 *phone*
619.525.3991 *fax*
www.robbinsllp.com

April 5, 2021

**VIA CM/ECF**

The Honorable Gregory H. Woods               **MEMORANDUM ENDORSED**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:     *Kreutter, et al. v. Teladoc Health, Inc., et al.*, No. 1:19-cv-05875-GHW-BCM

Dear Judge Woods:

I write on behalf of plaintiffs in, and with consent of the parties to, the above-captioned action.

On March 26, 2021, Magistrate Judge Barbara Moses issued the Report and Recommendation to the Honorable Gregory H. Woods (the "Report") recommending that defendants' Motion to Dismiss the Verified Stockholder Derivative Complaint Pursuant to Rule 23.1 be granted without leave to amend (ECF No. 82). Plaintiffs' objections to the Report are currently due April 9, 2021, and defendants' response to the objections is currently due April 23, 2021.

In light of counsel's schedules, and to allow sufficient time for briefing on plaintiffs' forthcoming objections to the 62-page Report, counsel for all of the parties have conferred and agreed to modify the schedule (subject to Your Honor's approval) as follows:

Plaintiffs shall file objections to the Report on or before May 6, 2021;

Defendants shall file their response to plaintiffs' objections on or before June 10, 2021; and

Plaintiffs shall file any reply in support of their objections on or before July 1, 2021.

Neither plaintiffs nor defendants have previously sought any extension of time for briefing on objections to the Report.

The parties respectfully request that the Court so-order the above agreed-to schedule for briefing on plaintiffs' forthcoming objections to the Report.

Sincerely,

*/s/ Shane P. Sanders*
Shane P. Sanders

Application denied.  Under Federal Rule of Civil Procedure 59, the default time period in which a party may file objections to a Magistrate Judge's report and recommendation is fourteen days.  The Court declines to grant an extension of that time period because the parties have failed to demonstrate good cause for such extension.

SO ORDERED.

Dated:  April 7, 2021                                         _____
New York, New York                                              GREGORY H. WOODS
                                                                United States District Judge