**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MISTY PICKETT and CHANTELLE
KREUTTER, derivatively on behalf of
TELADOC HEALTH, INC.,

                Plaintiffs,                                     19 **CIVIL** 5875 (GHW)

       -against-                                     **JUDGMENT**

TELADOC HEALTH, INC. et al,,
                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion & Order dated September 17, 2021, Judge Moses' thoughtful and well-reasoned R&R is adopted in full. Consequently, the defendants' motion to dismiss is GRANTED without leave to amend; accordingly, the case is closed.

**Dated:**  New York, New York
         September 17, 2021

                                                                    **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                               **BY:**      *K. Mango*
                                                                        **Deputy Clerk**